UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

------------------------------------------------------------------------x

STACEY MORGAN                                    Civil Action No:
                                                 3:20-cv-1088
                    Plaintiff,

   -v.-

TRANS UNION, LLC,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
CORTRUST BANK,
THE BANK OF MISSOURI

                    Defendants.

------------------------------------------------------------------------x

**JOINT STIPULATION OF DISMISSAL AS TO EXPERIAN INFORMATION SOLTIONS, INC.**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendant, Experian Information Solutions, Inc. in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed as to Experian Information Solutions, Inc. with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** November 13, 2020

| For Plaintiff Stacey Morgan | For Defendant Experian Information Solutions, Inc. |
|---|---|
| */s/ Raphael Deutsch* <br> Raphael Deutsch <br> Stein Saks, PLLC <br> 285 Passaic Street <br> Hackensack, NJ 07601 <br> 201-282-6500 | */s/ Molly J. Russell* <br> Molly J. Russell <br> Jones Day <br> 2727 N. Harwood Street, Suite 500 <br> Dallas TX 75201 <br> 214-969-5016 |

1

| | |
|---|---|
| rdeutsch@steinsakslegal.com | mrussell@jonesday.com |
| | |

## CERTIFICATE OF SERVICE

I certify that on November 15, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Raphael Deutsch*
Raphael Deutsch
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*